UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

LIZA T. TAFOYA,

    Plaintiff,

v.                                                 Civ. No. 16-68 GJF

CAROLYN COLVIN, *Acting Commissioner
of the Social Security Administration*,

    Defendant.

**STIPULATED JUDGMENT AND ORDER GRANTING REMAND**

Upon consideration of the parties' agreement to remand this case for a new hearing, the Court **HEREBY ORDERS** the following:

1. The decision rendered by the Administrative Law Judge ("ALJ") in the matter of Liza T. Tafoya ("Plaintiff") on December 3, 2014, is hereby **REVERSED AND REMANDED**;

2. Plaintiff shall be accorded a new hearing on remand, and the new hearing shall consider all factual and legal issues *de novo*, including whether Plaintiff constructively waived appearance or otherwise failed to appear at her original administrative hearing;

3. The Commissioner shall fully comply with HALLEX I-2-4-25 in determining waiver and failure to appear;

4. This Judgment is entered pursuant to Sentence 4 of 42 U.S.C. § 406 (2012).

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE