UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

LISA T. TAFOYA,

    Plaintiff,

v.                                                                  Civ. No. 16-68 GJF

SOCIAL SECURITY ADMINISTRATION,
*Carolyn W. Colvin, Acting Commissioner of SSA,*

    Defendant.

**ORDER GRANTING UNPPOSED MOTION FOR AWARD OF ATTORNEY FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT**

THIS MATTER comes before the Court upon Plaintiff's "Unopposed Motion for Equal Access to Justice Award of Attorney's Fees and Costs" ("Motion") [ECF No. 24]. The Court, having reviewed the Motion and noting the concurrence of the parties, finds the Motion to be well taken and will ORDER the relief requested therein.

**THE COURT THEREFORE ORDERS** that attorney fees be awarded under the EAJA, payable to Plaintiff in care of her attorney in the amount of $4,020.88. *See Astrue v. Ratliff*, 130 U.S. 2521 (2010) (EAJA fees are paid to the prevailing party, not the attorney).

**IT IS FURTHER ORDERED** that if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b), Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE